IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COMPANY DOE, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| INEZ TENENBAUM, in her official | * | Civil No. 11-CV-2958-AW |
| capacity as Chairwoman of the | * | |
| Consumer Product Safety | * | |
| Commission, and the CONSUMER | * | |
| PRODUCT SAFETY | * | |
| COMMISSION, | * | |
| | * | |
| Defendants. | * | |
| ****** | | |

**STIPULATION AND PROPOSED ORDER CONCERNING SCHEDULE
FOR BRIEFING OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

The parties to this action stipulate to the following schedule for the filing and briefing of Plaintiff's Motion for Preliminary Injunction in this matter:

1. Plaintiff Company Doe will file its Motion for Preliminary Injunction on or before October 21, 2011.

2. Defendants will file an opposition to Plaintiff's Motion for Preliminary Injunction no later than November 4, 2011.

3. Plaintiff will file a reply in support of its Motion for Preliminary Injunction, if any, no later than November 18, 2011.

The parties respectfully request that the Court enter an Order adopting the schedule set forth above. A Proposed Order is attached.

Dated: 10/25/2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

ROGER GURAL
Trial Attorney
Consumer Protection Branch
United States Department of Justice
450 Fifth St., N.W., Suite 6400 South
Washington, DC 20530
Telephone: 202-307-0174
Fax: 202-514-8742
Roger.Gural@usdoj.gov

*Attorneys for Defendants*

BARUCH FELLNER
DANIEL J. DAVIS, Bar No. 28542
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8591
Fax: (202) 530-9546

RAYMOND G. MULLADY, JR., Bar No. 02732
BLANK ROME LLP
Watergate 600 New Hampshire Avenue N.W.
Washington, District of Columbia 20037
Telephone: (202) 772-5828
Fax: (202) 572-8414

*Attorneys for Plaintiff*