UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COMPANY DOE,<br>    *Plaintiff,*<br>v.<br><br>INEZ TENENBAUM, Chair of the Consumer Product Safety Commission; and CONSUMER PRODUCT SAFETY COMMISSION,<br>    *Defendants.* | **Civil No. 11-2958**<br>**Hon. Alexander Williams** |

**DISCLOSURE STATEMENT**
**(LOCAL RULE 103.3)**

Pursuant to Local Rule 103.3, objectors Public Citizen and Consumer Federation of America state that they have no parents or corporate affiliates. Objector Consumers Union states that it has no parent, and it is affiliated as the sole member of two non-profit entities, Consumer Media LLC and The Truman Avenue Foundation, Inc. None of the three objectors or the affiliates has a financial interest in the outcome of this litigation.

Dated: October 31, 2011

Respectfully submitted,

*/s/*

Scott C. Borison (Bar No. 22576)
Francis Scott Key Mall
5500 Buckeystown Pike
Frederick, MD 21703
(301) 620-1016 (tel)
(301) 620-1018 (fax)
borison@legglaw.com

Scott Michelman (pro hac vice pending)
Public Citizen Litigation Group
1600 - 20th Street NW
Washington, DC 20009
(202) 588-1000 (tel)
(202) 588-7795 (fax)
smichelman@citizen.org

Attorneys for Public Citizen, Consumer Federation of America, and Consumers Union