IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| COMPANY DOE, | * | |
| Plaintiff, | * | |
| vs. | * | Civil No.: 11-cv-2958-AW |
| INEZ TENENBAUM, in her official capacity as Chairman of the Consumer Product Safety Commission, and the CONSUMER PRODUCT SAFETY COMMISSION | * | (UNDER SEAL) |
| 4330 East West Highway, Bethesda, MD 20814 | * | |
| Defendants | * | |

\*\*\*\*\*\*

### JOINT MOTION TO UNSEAL PLAINTIFF'S MOTION TO SEAL THE CASE AND TO PROCEED UNDER A PSEUDONYM AND PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION TO SEAL

On October 17, 2011, plaintiff Company Doe filed several papers pursuant to an accompanying motion to seal the case and proceed under a pseudonym, which motion was accompanied by a supporting memorandum of points and authorities. Although plaintiff requested a seal of the entire case, it was not plaintiff's intention to submit the motion to seal or memorandum in support under seal. Plaintiff intended that these two documents would be publicly available. For purposes of clarity, the parties submit this joint motion and respectfully request the Court to unseal the plaintiff's motion to seal the case and proceed under a pseudonym (Docket No. 2) and the plaintiff's memorandum of points and authorities in support of the

motion to seal the case and proceed under a pseudonym (Docket No. 2, Attach. 1). The parties further request that the Court make these documents available on the Court's Case Management / Electronic Case Filing ("CM/ECF") system. The parties request that these documents be displayed on the CM/ECF system and that the Court make public no additional information about the case save the case caption pending the Court's ruling on plaintiff's motion to seal.

The parties request that this joint motion be submitted under seal pursuant to the plaintiff's motion to seal the case, pending the Court's ruling on said motion.[1]

---

[1] In the event that the Court does not grant the motion to seal the case and proceed under a pseudonym, the parties request the opportunity to consider the withdrawal of this filing or the submission of a redacted version.

Dated: November 4, 2011

TONY WEST
Assistant Attorney General

MAAME EWUSI-MENSAH FRIMPONG
Acting Deputy Assistant Attorney General

KENNETH L. JOST
Deputy Director

ROGER GURAL
Trial Attorney
Consumer Protection Branch
United States Department of Justice
450 Fifth St., N.W., Suite 6400 South
Washington, DC 20530
Telephone: 202-307-0174
Fax: 202-514-8742
Roger.Gural@usdoj.gov

OF COUNSEL:

CHERYL A. FALVEY
General Counsel

MELISSA V. HAMPSHIRE
Assistant General Counsel

AMY S. COLVIN
ALEXANDER W. DENNIS
Attorneys
U.S. Consumer Product Safety Commission
Bethesda, Maryland 20814

*Attorneys for Defendants*

Respectfully submitted,

BARUCH FELLNER
DANIEL J. DAVIS, Bar No. 28542
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8591
Fax: (202) 530-9546

RAYMOND G. MULLADY, JR.,
Bar No. 02732
BLANK ROME LLP
Watergate 600 New Hampshire Avenue N.W.
Washington, District of Columbia 20037
Telephone: (202) 772-5828
Fax: (202) 572-8414

*Attorneys for Plaintiff*