IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| COMPANY DOE, | * | |
| Plaintiff, | * | |
| vs. | * | Civil No.: 11-cv-2958-AW |
| INEZ TENENBAUM, in her official capacity as Chairman of the Consumer Product Safety Commission, and the CONSUMER PRODUCT SAFETY COMMISSION | * | (UNDER SEAL) |
| 4330 East West Highway, Bethesda, MD 20814 | * | |
| Defendants. | * | |

\*\*\*\*\*\*

## UNOPPOSED MOTION REQUESTING ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

Pursuant to Local Rule 105.6, the Plaintiff in the above-captioned case respectfully requests that the Court schedule oral argument with respect to the Plaintiff's Motion for Preliminary Injunctive Relief. The Plaintiff believes that the Court would benefit from oral argument on this matter, which is the first challenge to a decision by the Consumer Product Safety Commission to publish a report on its saferproducts.gov database. Plaintiff has discussed this motion with Defendants' counsel, and Defendants do not oppose this motion.

Dated: November 22, 2011

Respectfully submitted,

/s/ Baruch A. Fellner

BARUCH FELLNER, Pro Hac Vice No. 96572
DANIEL J. DAVIS, Bar No. 28542
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8591
Fax: (202) 530-9546

RAYMOND G. MULLADY, JR.,
Bar No. 02732
BLANK ROME LLP
Watergate 600 New Hampshire Avenue N.W.
Washington, District of Columbia 20037
Telephone: (202) 772-5828
Fax: (202) 572-8414

Attorneys for Plaintiff
Company Doe