IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| | |
|---|---|
| COMPANY DOE, | * |
| Plaintiff, | * |
| v. | * |
| INEZ TENENBAUM, in her official capacity as Chairman of the Consumer Product Safety Commission, and the CONSUMER PRODUCT SAFETY COMMISSION, | *   Civil No. 11-CV-2958-AW |
| Defendants. | * |

******

[~~REVISED PROPOSED~~] ORDER

Upon consideration of the parties' Joint Motion to Unseal Plaintiff's Motion to Seal the Case and to Proceed Under a Pseudonym and Plaintiff's Memorandum of Points and Authorities in Support of the Motion to Seal, it is on this 29th day of November, 2011, hereby ORDERED as follows:

The Clerk of Court shall unseal and place on the public docket Plaintiff's Motion to Seal the Case and to Proceed Under a Pseudonym (Dkt. No. 2) and Plaintiff's Memorandum of Points and Authorities in Support of the Motion to Seal (Attachment to Dkt. No. 2).

*Alexander Williams, Jr.*
ALEXANDER WILLIAMS, JR.
U.S. DISTRICT COURT JUDGE