IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COMPANY DOE,                                    *

                                                *

            Plaintiff,

      vs.                                       *            Civil No.: 11-cv-2958-AW

INEZ TENENBAUM, in her official capacity
as Chairman of the Consumer Product Safety
Commission, and the CONSUMER PRODUCT           *
SAFETY COMMISSION                                            (UNDER SEAL)

4330 East West Highway,
Bethesda, MD 20814                              *

            Defendants.
                                                *
                                            *  *  *  *  *

**PLAINTIFF'S NOTICE OF RECENT AUTHORITY IN SUPPORT OF PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTIVE RELIEF**

      In support of Plaintiff's motion for preliminary injunctive relief, Plaintiff respectfully files this

notice in order to bring the Court's attention to a recent Supreme Court decision, *Judulang v. Holder*,

No. 19-694, 2011 WL 6141311 (Dec. 12, 2011) (slip op.), decided after briefing on the motion for

preliminary injunctive relief.  The *Judulang* opinion articulates the analytic framework for the "arbitrary

and capricious" standard and the use of *Chevron* deference.  The opinion supports Plaintiff's arguments

that the Defendants' actions, based on "happenstance," "fortuity," and "chance," are arbitrary and

capricious.  *See* Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for

Preliminary Injunctive Relief at 17-22; Plaintiff's Reply in Support of Plaintiff's Motion for Preliminary

Injunctive Relief at 3-15; *Judulang*, 2011 WL 6141311 at *2, 9.

A copy of the *Judulang* opinion is attached hereto as Exhibit A.

Respectfully Submitted,

Dated:  December 14, 2011

BARUCH FELLNER, Pro Hac Vice Bar No. 96572
DANIEL J. DAVIS, Bar No. 28542
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8591
Facsimile: (202) 530-9546

RAYMOND G. MULLADY, JR, Bar No. 02732
BLANK ROME LLP
Watergate 600 New Hampshire Avenue N.W.
Washington, District of Columbia 20037
Telephone: (202) 772-5828
Fax: (202) 572-8414

Attorneys for Plaintiff
Company Doe