**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF** | **6500 CHERRYWOOD LANE** |
| **ALEXANDER WILLIAMS, JR.** | **GREENBELT, MD 20770** |
| **UNITED STATES DISTRICT JUDGE** | **(301) 344-0637** |
| | **FAX (301) 344-0672** |

January 5, 2012

MEMO TO COUNSEL RE:   COMPANY DOE
v.
TENENBAUM, ET AL.
(AW-11-2958)
(SEALED DOCUMENT)

Dear Counsel:

  The Court has set in a hearing on oral argument in the above referenced matter. The hearing will take place on Friday, January 27, 2012 at 2:00 p.m. in the United States District Court for the District of Maryland, Southern Division, courtroom, 4A. The hearing should last approximately two hours. The Southern Division is located at 6500 Cherrywood Lane, Greenbelt, Maryland.

  Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely,

_____/s/_____
Alexander Williams, Jr.
United States District Judge