UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**ALEXANDER WILLIAMS, JR.**<br>**UNITED STATES DISTRICT JUDGE** | **6500 CHERRYWOOD LANE**<br>**GREENBELT, MD 20770**<br>**(301) 344-0637**<br>**FAX (301) 344-0672** |

January 13, 2012

**REVISED** MEMO TO COUNSEL RE:     COMPANY DOE
                                  v.
                                  TENENBAUM, ET AL.
                                  (AW-11-2958)
                                  (SEALED DOCUMENT)

Dear Counsel:

      The hearing previously set on oral argument for Friday, January 27, 2012 at 2:00 p.m. has been postponed. **The new date is February 1, 2012 at 2:00 p.m.** in the United States District Court for the District of Maryland, Southern Division, courtroom, 4A. The hearing should last approximately two hours. The Southern Division is located at 6500 Cherrywood Lane, Greenbelt, Maryland.

      Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely,

_____/s/_____
Alexander Williams, Jr.
United States District Judge