UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COMPANY DOE,<br>    *Plaintiff,*<br><br>v.<br><br>INEZ TENENBAUM, Chair of the Consumer Product Safety Commission; and CONSUMER PRODUCT SAFETY COMMISSION,<br>   *Defendants.*<br><br><br>PUBLIC CITIZEN; CONSUMER FEDERATION OF AMERICA; and CONSUMERS UNION,<br>    *Objectors to Seal*. | Civil No. 11-2958<br>Hon. Alexander Williams, Jr. |

## MOTION TO INTERVENE

Public Citizen, Consumer Federation of America, and Consumers Union (collectively, "Consumer Groups") hereby move to intervene under Rule 24(b) for the purpose of appealing the July 31, 2012, order granting plaintiff's motion to seal (including its request to proceed under a pseudonym) and denying Consumer Groups' motion to unseal.

A memorandum stating the grounds for intervention and a proposed order accompany this motion. For a pleading setting out the intervenors' First Amendment and common-law claims, *see* Fed. R. Civ. P. 24(c), Consumer Groups respectfully refer the Court to Consumer Groups' Objections Under Local Rule 105(11) to Plaintiff's Motion To Seal and To Proceed Under a Pseudonym (filed Oct. 31, 2011, docket number under seal).

Dated:  August 7, 2012

Respectfully submitted,

/s/ Scott C. Borison
Scott C. Borison (Bar No. 22576)
Francis Scott Key Mall
5500 Buckeystown Pike
Frederick, MD 21703
(301) 620-1016 (tel)
(301) 620-1018 (fax)
borison@legglaw.com

Scott Michelman (admitted pro hac vice)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC  20009
(202) 588-1000 (tel)
(202) 588-7795 (fax)
smichelman@citizen.org

Attorneys for Public Citizen, Consumer
Federation of America, and Consumers Union