**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| COMPANY DOE,<br>   *Plaintiff,*<br><br>v.<br><br>INEZ TENENBAUM, Chair of the Consumer Product Safety Commission; and CONSUMER PRODUCT SAFETY COMMISSION,<br>   *Defendants.*<br><br><br>PUBLIC CITIZEN; CONSUMER FEDERATION OF AMERICA; and CONSUMERS UNION,<br>   *Objectors to Seal*. | **Civil No. 11-2958**<br>**Hon. Alexander Williams, Jr.** |

**[PROPOSED]**
**ORDER ON MOTION TO INTERVENE**

It is hereby ORDERED that the Motion To Intervene on behalf of Public Citizen, Consumer Federation of America, and Consumers Union is GRANTED.

_____                        _____
Date                                                      Hon. Alexander Williams, Jr.
                                                           United States District Judge