# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Baruch A. Fellner
Direct: +1 202.955.8591
Fax: +1 202.530.9546
BFellner@gibsondunn.com

August 10, 2012

UNDER SEAL

Hon. Alexander Williams, Jr.
U.S. District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:   Docket Sheet for *Company Doe v. Tenenbaum*

Dear Judge Williams:

Plaintiff is preparing a response to the Court's order, dated July 31, 2012. In order to assist with preparing this response, Plaintiff respectfully requests that the Court release the sealed docket sheet to Plaintiff and the Defendants. It is our understanding that the Defendants are also interested in accessing the docket sheet.

Sincerely,

*[signature]*

Baruch A. Fellner

*Counsel for Plaintiff*

cc: Roger Gural
    Cheryl Falvey

*Counsel for Defendants*