IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| COMPANY DOE, | | |
| | * | |
| Plaintiff, | * | |
| | | |
| vs. | * | Civil No.: 11-cv-2958-AW |
| | | |
| INEZ TENENBAUM, in her official | * | |
| capacity as Chairman of the Consumer | | |
| Product Safety Commission, and the | * | |
| CONSUMER PRODUCT SAFETY | | |
| COMMISSION, | * | |
| Defendants. | | |
| | * | |

## PLAINTIFF'S RESPONSE TO OCTOBER 22, 2012 ORDER

On August 21, 2012, in compliance with the Court's July 31, 2012 order, Plaintiff submitted a chart that listed its proposed action for each document filed in the above-captioned case thus far. *See* Doc. No. 54. Plaintiff submitted a revised chart on September 7, 2012 that took into account additional filings, including those identified during the review of the previously super-sealed docket sheet. *See* Doc. No. 58. In the Court's October 22, 2012 order, the Court directed Plaintiff to submit a version of this chart that was further revised to incorporate the additional documents that have been filed since September 7, 2012.[1]

That revised chart is included below. All documents that were not included in Plaintiff's September 7, 2012 submission are printed in bolded text. Many documents are also reordered and/or

---

[1] The Court also ordered Plaintiff to submit a redacted version of the revised docket sheet. That redacted docket sheet is attached to this response.

renumbered in conformity with the docket sheet. Those additional documents that the Plaintiff requests the Court continue to seal in their entirety feature the same intertwining of fact and law described in Plaintiff's August 21, 2012 response to the Court's order.

Plaintiff continues to request that all certificates of service and cover letters filed by Plaintiff or Defendants remain under seal, whether or not they are separately docketed, as these documents may contain identifying information about Plaintiff. Further, many of these documents were attached to or filed with documents that Plaintiff proposes remain under seal, and the cover letters and certificates of service should be subsumed by that seal.[2]

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
| 1 | Plaintiff's Complaint | 10/17/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 1-1 | Exhibit A to Plaintiff's Complaint | 10/17/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 1-2 | Exhibit B to Plaintiff's Complaint | 10/17/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 1-3 | Exhibit C to Plaintiff's | 10/17/2011 | Remain sealed in its | Substantive |

---

[2]  For example, Plaintiff requests that even if the civil cover sheet is unsealed, the certificate of service dated October 17, 2011, Doc. No. 6, remain under seal because it contains identifying information about the Plaintiff and refers to documents that Plaintiff proposes remain under seal.

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
| | Complaint | | entirety. | contents consist of identifying information about Plaintiff and incident. |
| 1-4 | Exhibit D to Plaintiff's Complaint | 10/17/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 1-5 | Exhibit E to Plaintiff's Complaint | 10/17/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 1-6 | Summons for Chairman Inez Tenenbaum | 10/17/2011 | Unsealed without redactions. | N/A |
| 1-7 | Summons for the Consumer Product Safety Commission | 10/17/2011 | Unsealed without redactions. | N/A |
| 1-8 | Civil Cover Sheet | 10/17/2011 | Unsealed with proposed redactions. | County of residence should be redacted to prevent identification of Plaintiff. |
| 2 | Plaintiff's Motion for Leave to Seal Case and Motion to Proceed Under a Pseudonym | 10/17/2011 | Motion is already unsealed without redactions. | N/A |
| 2-1 | Plaintiff's Memorandum of Points and Authorities in Support of Motion for Leave to Seal Case and Motion to Proceed Under a Pseudonym | 10/17/2011 | Memorandum is already unsealed without redactions. | N/A |
| 2-2 | Plaintiff's Proposed Order Sealing the Case | 10/17/2011 | Unsealed without redactions. | N/A |
| 3 | Plaintiff's Corporate Disclosure Statement | 10/17/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff. |

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
| 4 | Plaintiff's Motion for Baruch Fellner to Appear Pro Hac Vice | 10/17/2011 | Unsealed without redactions. | N/A |
| 5 | Plaintiff's Notice of Intent to File Motion for Preliminary Injunctive Relief | 10/17/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about incident. |
| 6 | Plaintiff's Certificate of Service for Complaint, Motion to Seal Case and to Proceed Under a Pseudonym, and Disclosure Statement | 10/17/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and filings that Plaintiff proposes remain sealed. |
| 7 | Notice of Appearance by Roger Joseph Gural on Behalf of Consumer Product Safety Commission | 10/18/2011 | Unsealed without redactions. | N/A |
| 8 | Paperless Order Granting Plaintiff's Motion for Baruch Fellner to Appear Pro Hac Vice | 10/20/2011 | Docket entry unsealed without redactions. | N/A |
| 9 | Plaintiff's Motion in Support of Preliminary Injunctive Relief | 10/21/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 9-1 | Plaintiff's Memorandum in Support of Preliminary Injunctive Relief | 10/21/2011 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 9-2 | Declaration of Daniel J. Davis, Attorney for Company Doe | 10/21/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 9-3 | Exhibit A to Davis Declaration | 10/21/2011 | Remain sealed in its entirety. | Substantive contents consist of |

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
| | | | | identifying information about Plaintiff and incident. |
| 9-4 | Exhibit B to Davis Declaration | 10/21/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 9-5 | Exhibit C to Davis Declaration | 10/21/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 9-6 | Exhibit D to Davis Declaration | 10/21/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 9-7 | Exhibit E to Davis Declaration | 10/21/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 9-8 | Exhibit F to Davis Declaration | 10/21/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 9-9 | Exhibit G | 10/21/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 9-10 | Exhibit 1 to Exhibit G | 10/21/2011 | Remain sealed in its | Substantive |

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
| | | | entirety. | contents consist of identifying information about Plaintiff and incident. |
| 9-11 | Exhibit 2 to Exhibit G | 10/21/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 9-12 | Exhibit 3 to Exhibit G | 10/21/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 9-13 | Exhibit H | 10/21/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 9-15 | Plaintiff's Proposed Order Granting Preliminary Injunctive Relief | 10/21/2011 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 10 | Joint Stipulation Concerning Briefing Schedule for Motion for Preliminary Injunctive Relief | 10/25/2011 | Unsealed without redactions. | N/A |
| 10-1 | Proposed Scheduling Order | 10/25/2011 | Unsealed without redactions. | N/A |
| [No Document Number] | Telephonic/Status Conference Held on 10/27/2011 Before Judge Alexander Williams, Jr. | 10/27/2011 | Docket entry unsealed without redactions. | N/A |
| 11 | Defendants' Brief Opposing Plaintiff's Motion to Seal | 10/28/2011 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 12 | Motion to Appear Pro Hac Vice for Scott Michelman | 10/31/2011 | Unsealed without redactions. | N/A |
| 13 | Consumer Groups' | 10/31/2011 | Unsealed without | N/A |

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
| | Corporate Disclosure Statement | | redactions. | |
| 14 | Consumer Groups' Opposition to Motion to Seal | 10/31/2011 | Unsealed without redactions. | N/A |
| 15 | Paperless Order Granting Plaintiff's Motion for Scott Michelman to Appear Pro Hac Vice | 11/4/2011 | Docket entry unsealed without redactions. | N/A |
| 16 | Defendants' Brief Opposing Motion for Preliminary Injunctive Relief | 11/4/2011 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 16-1 | Defendants' Exhibit 1 | 11/4/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 16-2 | Defendants' Exhibit 2 | 11/4/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 16-3 | Defendants' Exhibit 3 | 11/4/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 16-4 | Defendants' Exhibit 4 | 11/4/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 16-5 | Defendants' Exhibit 5 | 11/4/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
| 16-6 | Defendants' Exhibit 6 | 11/4/2011 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff. |
| 17 | Plaintiff's Reply Memorandum in Support of Motion for Leave for Leave to Seal the Case and Proceed under a Pseudonym | 11/8/2011 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 18 | Joint Motion to Unseal the Motion to Seal | 11/8/2011 | Unsealed without redactions. | N/A |
| 18-2 | Proposed Order Unsealing the Motion to Seal | 11/8/2011 | Unsealed without redactions. | N/A |
| 19 | Plaintiff's Reply Memorandum in Support of Motion for Preliminary Injunctive Relief | 11/18/2011 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 2-3 | Revised Proposed Order Unsealing the Motion to Seal | 11/22/2011 | Unsealed without redactions. | N/A |
| 20 | Plaintiff's Unopposed Motion Requesting Oral Argument on Plaintiff's Motion for Preliminary Injunctive Relief | 11/22/2011 | Unsealed without redactions. | N/A |
| 20-2 | Proposed Order for Oral Argument | 11/22/2011 | Unsealed without redactions. | N/A |
| [No Document Number] | Court Order Granting Plaintiff's Request for Oral Argument | 11/29/2011 | Unsealed without redactions. | N/A |
| 21 | Court Order Granting Joint Motion to Unseal the Motion to Seal | 11/30/2011 | Unsealed without redactions. | N/A |
| 22 | Consumer Groups' Motion to Unseal | 12/6/2011 | Unsealed without redactions. | N/A |
| 22-1 | Consumer Groups' Memorandum in Support of Motion to Unseal | 12/6/2011 | Unsealed without redactions. | N/A |
| 22-2 | Consumer Groups' Proposed Order | 12/6/2011 | Unsealed without redactions. | N/A |
| 23 | Plaintiff's Memorandum | 12/14/2011 | Unsealed without | N/A |

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
| | Opposing Consumer Groups' Motion | | redactions. | |
| 24 | Plaintiff's Notice of Recent Authority | 12/14/2011 | Unsealed without redactions. | N/A |
| 24-1 | Exhibit A to Plaintiff's Notice of Recent Authority | 12/14/2011 | Unsealed without redactions. | N/A |
| 25 | Consumer Groups' Reply in Support of Motion to Unseal | 12/15/2011 | Unsealed without redactions. | N/A |
| 26 | Defendants' Motion to Dismiss | 12/16/2011 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 26-1 | Defendants' Memorandum in Support of Motion to Dismiss | 12/16/2011 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 27 | Defendants' Motion to Unseal | 12/22/2011 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 27-1 | Defendants' Exhibit A (Memorandum Opposing Motion to Seal) | 12/22/2011 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 27-2 | Defendants' Proposed Order | 12/22/2011 | Remain sealed in its entirety. | Sealed in conformity with motion, in which facts and law are intertwined. |
| 28 | Plaintiff's Memorandum Opposing Defendants' Motion to Unseal | 12/23/2011 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 29 | Plaintiff's Opposition to Motion to Dismiss | 12/30/2011 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 30 | Memo to Counsel/Order scheduling a two hour hearing on oral argument for Friday, January 27, 2012 at 2:00 p.m., Courtroom 4A, Greenbelt. Signed by Judge Alexander Williams, Jr. on 1/5/2012. | 1/6/2012 | Unsealed without redactions. | N/A |
| 31 | Defendants' Reply Memorandum in Support of Motion to Unseal | 1/6/2012 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 32 | Plaintiff's Motion to Stay | 1/6/2012 | Remain sealed in its | Facts and law are |

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
| | Proceedings | | entirety. | intertwined. |
| 32-1 | Plaintiff's Memorandum in Support of Motion to Stay Proceedings | 1/6/2012 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 32-2 | Declaration of Daniel J. Davis in Support of Plaintiff's Motion to Stay Proceedings | 1/6/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 32-3 | Exhibit A to Davis Declaration | 1/6/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 32-4 | Exhibit B to Davis Declaration | 1/6/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 33 | Defendants' Reply Memorandum in Support of Motion to Dismiss | 1/13/2012 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 34 | REVISED MEMORANDUM/ORDER to Counsel rescheduling oral argument for February 1, 2012 at 2:00 p.m., Courtroom 4A, Greenbelt. | 1/17/2012 | Unsealed without redactions. | N/A |
| 35 | Defendants' Opposition to Motion to Stay | 1/20/2012 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 35-1 | Defendants' Exhibit 1 | 1/20/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff. |
| 36 | Plaintiff's Motion to Withdraw Motion to Stay and Unopposed Motion to | 1/27/2012 | Remain sealed in its entirety. | Facts and law are intertwined. |

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
| | Amend Complaint | | | |
| 36-1 | Plaintiff's Memorandum in Support of Motion to Withdraw Motion to Stay and Unopposed Motion to Amend Complaint | 1/27/2012 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 36-2 | Plaintiff's Proposed Amended Complaint (Clean Copy) | 1/27/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 36-3 | Plaintiff's Proposed Amended Complaint (Copy Showing Changes) | 1/27/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 36-4 | Exhibit A to Plaintiff's Proposed Amended Complaint | 1/27/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 36-5 | Exhibit B to Plaintiff's Proposed Amended Complaint | 1/27/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 36-6 | Exhibit C to Plaintiff's Proposed Amended Complaint | 1/27/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 36-7 | Exhibit D to Plaintiff's Proposed Amended Complaint | 1/27/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and |

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
| | | | | incident. |
| 36-8 | Exhibit E to Plaintiff's Proposed Amended Complaint | 1/27/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 36-9 | Exhibit F to Plaintiff's Proposed Amended Complaint | 1/27/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 36-10 | Exhibit G to Plaintiff's Proposed Amended Complaint | 1/27/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 36-11 | Exhibit H to Plaintiff's Proposed Amended Complaint | 1/27/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 36-12 | Exhibit I to Plaintiff's Proposed Amended Complaint | 1/27/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 36-13 | Exhibit J to Plaintiff's Proposed Amended Complaint | 1/27/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 36-14 | Exhibit K to Plaintiff's Proposed Amended Complaint | 1/27/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about |

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
| | | | | Plaintiff and incident. |
| 36-15 | Exhibit L to Plaintiff's Proposed Amended Complaint | 1/27/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 36-16 | Exhibit M to Plaintiff's Proposed Amended Complaint | 1/27/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 36-17 | Exhibit N to Plaintiff's Proposed Amended Complaint (GAO Report) | 1/27/2012 | Unsealed as a public document. | N/A |
| 37 | Paperless Order Granting Motion to Withdraw Motion to Stay Proceedings and Unopposed Motion to File an Amended Complaint | 2/1/2012 | Docket entry unsealed without redactions. | N/A |
| 38 | Amended Complaint | 2/1/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 38-1 | Exhibit A to Amended Complaint | 2/1/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 38-2 | Exhibit B to Amended Complaint | 2/1/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 38-3 | Exhibit C to Amended | 2/1/2012 | Remain sealed in its | Substantive |

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
| | Complaint | | entirety. | contents consist of identifying information about Plaintiff and incident. |
| 38-4 | Exhibit D to Amended Complaint | 2/1/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 38-5 | Exhibit E to Amended Complaint | 2/1/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 38-6 | Exhibit F to Amended Complaint | 2/1/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 38-7 | Exhibit G to Amended Complaint | 2/1/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 38-8 | Exhibit H to Amended Complaint | 2/1/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 38-9 | Exhibit I to Amended Complaint | 2/1/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
| 38-10 | Exhibit J to Amended Complaint | 2/1/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 38-11 | Exhibit K to Amended Complaint | 2/1/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 38-12 | Exhibit L to Amended Complaint | 2/1/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 38-13 | Exhibit M to Amended Complaint | 2/1/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 38-14 | Exhibit N to Amended Complaint (GAO Report) | 2/1/2012 | **Unsealed as public document.** | **N/A**[3] |
| 39 | Minute Entry, Motion Hearing held before Judge Alexander Williams, Jr. on 2/1/2012 re Motion to Seal Case filed by Company Doe, Motion to Unseal Filings Regarding Plaintiff's Motion to Seal filed by Consumer Federation of America, Consumers Union, Public | 2/1/2012 | Docket entry unsealed without redactions. | N/A |

---

[3]  In a previous version of this chart, Plaintiff inadvertently requested that this document remain sealed. Consistent with Plaintiff's proposed action with regard to Document No. 36-17, a copy of a GAO Report, Plaintiff does *not* request that Document No. 38-14, a copy of the same GAO report, remain under seal.

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
| | Citizen, Motion for Preliminary Injunction filed by Company Doe - argued "TAKEN UNDER ADVISEMENT". Order to be entered by the Court (Court Reporter: Gloria Williams) | | | |
| [No Document Number] | Minute Entry, Telephonic Status Conference held on 2/9/2012 before Judge Alexander Williams, Jr. | 2/9/2012 | Docket entry unsealed without redactions. | N/A |
| 40 | Memorandum/Order scheduling a telephonic status hearing for February 9, 2012 at 9:30 a.m. Signed by Judge Alexander Williams, Jr. on 2/8/2012. | 2/9/2012 | Unsealed without redactions. | N/A |
| [No Document Number] | Telephonic/Status Conference | 2/9/2012 | Docket entry unsealed without redactions. | N/A |
| 41 | Defendants' Second Motion to Dismiss or for Summary Judgment | 2/15/2012 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 41-1 | Defendants' Memorandum in Support of Motion to Dismiss or for Summary Judgment | 2/15/2012 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 41-2 | Defendants' Exhibit 1 to Motion to Dismiss or for Summary Judgment | 2/15/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about incident. |
| 41-3 and 41-4 | Defendants' Exhibit 2 to Motion to Dismiss or for Summary Judgment (Administrative Record, Parts 1 and 2) | 2/15/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 42 | Plaintiff's Unopposed Motion to Release Hearing | 2/16/2012 | Unsealed without redactions. | N/A |

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
| | Transcript to Plaintiff and Defendants | | | |
| 42-2 | Proposed Order for Motion for Release of Transcript | 2/16/2012 | Unsealed without redactions. | N/A |
| 43 | Joint Stipulation to Briefing Schedule | 2/17/2012 | Unsealed without redactions. | N/A |
| [No Document Number] | Proposed Scheduling Order | 2/17/2012 | Unsealed without redactions. | N/A |
| 44 | Transcript of February 1, 2012 Oral Argument | 3/7/2012 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 45 | Plaintiff's Statement of Material Undisputed Facts | 3/5/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 46 | Plaintiff's Cross Motion for Summary Judgment | 3/5/2012 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 46-1 | Plaintiff's Memorandum in Support of Cross-Motion for Summary Judgment and Opposing Defendants' Motion to Dismiss and Motion for Summary Judgment | 3/5/2012 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 46-2 | Exhibit A to Plaintiff's Cross Motion for Summary Judgment | 3/5/2012 | Remain sealed in its entirety. | Substantive contents consist of identifying information about Plaintiff and incident. |
| 47 | Defendants' Reply Memorandum in Support of Motion to Dismiss and Motion for Summary Judgment, and in Opposition to Plaintiff's Cross-Motion for Summary Judgment | 3/19/2012 | Remain sealed in its entirety. | Facts and law are intertwined. |
| 48 | Plaintiff's Reply | 3/23/2012 | Remain sealed in its | Facts and law are |

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
|  | Memorandum in Support of Cross-Motion for Summary Judgment |  | entirety. | intertwined. |
| 49 | Defendants' Letter to the Court Regarding *Sackett v. EPA* | 3/28/2012 | Unsealed without redactions. | N/A |
| 49-1 | Exhibit A to Defendants' Letter to the Court | 3/28/2012 | Unsealed without redactions. | N/A |
| 50 | Court's Memorandum Opinion | 7/31/2012 | Unsealed with proposed redactions. | Reasons for redactions discussed in Plaintiff's August 21, 2012 response. |
| 51 | Court's Order | 7/31/2012 | Unsealed without redactions. | N/A |
| 52 | Consumer Groups' Motion to Intervene | 8/7/2012 | Unsealed without redactions. | N/A |
| 52-1 | Consumer Groups' Memorandum in Support of Motion to Intervene | 8/7/2012 | Unsealed without redactions. | N/A |
| 52-2 | Consumer Groups' Proposed Order | 8/7/2012 | Unsealed without redactions. | N/A |
| 53 | Plaintiff's Letter Requesting Copy of the Docket Sheet | 8/10/2012 | Unsealed without redactions. | N/A |
| 54 | Plaintiff's Response to July 31 Court Order to Propose Redactions | 8/21/2012 | Sealed in its entirety. | Facts and law are intertwined. |
| **54-1** | **Memorandum Opinion with Plaintiff's Proposed Redactions** | **8/21/2012** | **Unsealed without additional redactions.** | **N/A** |
| **54-2** | **Civil Cover Sheet with Plaintiff's Proposed Redactions** | **8/21/2012** | **Unsealed without additional redactions.** | **N/A** |
| 55 | Plaintiff's Response to Consumer Groups' Motion to Intervene | 8/23/2012 | Unsealed without redactions. | N/A |
| 56 | Defendant's Comments on Plaintiff's Proposals for Redacting and Sealing Documents | 8/31/2012 | Sealed in its entirety. | Facts and law are intertwined. |
| 56-1 | Exhibit A to Defendant's | 8/31/2012 | Sealed in its entirety. | Document reveals |

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
| | Comments on Plaintiff's Proposals for Redacting and Sealing Documents | | | portions of opinion that Plaintiff seeks to redact. |
| 56-2 | Exhibit B to Defendant's Comments on Plaintiff's Proposals for Redacting and Sealing Documents | 8/31/2012 | Sealed in its entirety. | Facts and law are intertwined. |
| 56-3 | Exhibit C to Defendant's Comments on Plaintiff's Proposals for Redacting and Sealing Documents | 8/31/2012 | Sealed in its entirety. | Facts and law are intertwined. |
| **57** | **Notice of Withdrawal of Daniel J. Davis** | **9/7/2012** | **Unsealed without redactions.** | N/A |
| 58 | Plaintiff's Supplemental Response to Court's July 31, 2012 Order | 9/7/2012 | Sealed in its entirety. | Facts and law are intertwined. |
| 58-1 | Redacted Docket Sheet | 9/7/2012 | Unsealed with proposed redactions. | Redactions are necessary to protect confidentiality of Plaintiff's identity and facts related to the incident. |
| 59 | Plaintiff's Response to Defendants' Objections to Proposed Redactions | 9/7/2012 | Sealed in its entirety. | Facts and law are intertwined. |
| **60** | **Sealed Document** | **9/28/2012** | **Sealed in its entirety.** | **Plaintiff has not had an opportunity to inspect this document.** |
| **61** | **Sealed Document** | **9/28/2012** | **Sealed in its entirety.** | **Plaintiff has not had an opportunity to inspect this document.** |
| **62** | **Sealed Document** | **9/28/2012** | **Sealed in its entirety.** | **Plaintiff has not had an opportunity to inspect this document.** |
| **63** | **Sealed Document** | **9/28/2012** | **Sealed in its entirety.** | **Plaintiff has not** |

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
| | | | | had an opportunity to inspect this document. |
| 63-1 | Transmittal | 9/28/2012 | Sealed in its entirety. | Plaintiff has not had an opportunity to inspect this document. |
| 64 | Sealed Document | 10/3/2012 | Sealed in its entirety. | Plaintiff has not had an opportunity to inspect this document. |
| 65 | Sealed Document | 10/3/2012 | Sealed in its entirety. | Plaintiff has not had an opportunity to inspect this document. |
| 66 | Sealed Document | 10/3/2012 | Sealed in its entirety. | Plaintiff has not had an opportunity to inspect this document. |
| 67 | Sealed Memorandum Opinion | 10/9/2012 | Document is already unsealed. | N/A |
| 68 | Sealed Order Approving Plaintiff's Proposed Redactions and Granting, Nunc Pro Tunc, Consumer Groups' Motion to Intervene | 10/9/2012 | Document is already unsealed. | N/A |
| 69 | Sealed Revised Memorandum Opinion | 10/9/2012 | Sealed in its entirety. | A properly redacted version of the opinion is unsealed at Doc. No. 74. |
| 70 | Plaintiff's Response to October 9, 2012 Order | 10/16/2012 | Sealed in its entirety. | Fact and law are intertwined. |
| 70-1 | Revised Memorandum Opinion with Plaintiff's | 10/16/2012 | Unsealed without additional | N/A |

| Document Number | Document | Date Filed | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|
| | Proposed Redactions | | redactions. | |
| 71 | Plaintiff's Motion for Clarification | 10/16/2012 | Unsealed without redactions. | N/A |
| 72 | Consumer Groups' Opposition to Plaintiff's Motion for Clarification | 10/18/2012 | Unsealed without redactions. | N/A |
| 73 | Order Approving Plaintiff's Request for Clarification | 10/18/2012 | Unsealed without redactions. | N/A |
| 74 | Redacted Revised Memorandum Opinion | 10/22/2012 | Document is already unsealed. | N/A |
| 75 | Provisional Motion | 10/24/2012 | Sealed in its entirety. | Facts and law are intertwined. |
| 75-1 | Proposed Order | 10/24/2012 | Sealed in its entirety. | Facts and law are intertwined. |
| 75-2 | Certificate of Service | 10/24/2012 | Sealed in its entirety. | Subsumed by proposed seal on Doc. No. 75. |
| [Document number not yet assigned] | Plaintiff's Response to Court's October 22, 2012 Order | 10/31/2012 | Unsealed without redactions. | N/A |
| [Filed with this response; document number not yet assigned] | Revised Docket Sheet with Plaintiff's Proposed Redactions | 10/31/2012 | Unsealed with proposed redactions. | Redactions are necessary to protect confidentiality of Plaintiff's identity and facts related to the incident. |

Respectfully submitted,

_____
BARUCH FELLNER, Pro Hac Vice Bar No. 96572
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8591
Facsimile: (202) 530-9546

RAYMOND G. MULLADY, JR., Bar No. 02732
BLANK ROME LLP
Watergate, 600 New Hampshire Avenue N.W.
Washington, District of Columbia 20037
Telephone: (202) 772-5828
Facsimile (202) 572-8414

Attorneys for Plaintiff
Company Doe

Dated:  October 31, 2012