**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

COMPANY DOE,

     Plaintiff,

     v.

INEZ TENENBAUM *et al.*,

     Defendants.

Civil Action No. 8:11-cv-02958-AW

## ORDER

This case is under super seal. Defendants have filed a Statement of Objection and Memorandum in Support of the same in response to statements that the Plaintiff has made in filings and that appear on the public docket. *See* Doc. Nos. 83, 83-1. Defendants assert that Plaintiff has incorrectly asserted that they decided not to pursue an appeal to the Fourth Circuit because they agreed with the Court's decision. Defendants assert that the Solicitor General's decision not to pursue an appeal may be based on any number of considerations and that Plaintiff was not privy to the ones that informed the Solicitor General's decision. Hence, Defendants move the Court to unseal their Statement of Objection and Memorandum in Support so as to correct the mistaken impression that some of Plaintiff's recently filings have allegedly made. Plaintiff has not responded to Defendants' Statement of Objection. The Court has reviewed the Statement of Objection and Memorandum in Support and it does not appear that they contain information that is subject to sealing. Accordingly, for good cause shown, the Court will unseal Plaintiff's Statement of Objection and accompanying Memorandum in Support.

1

On an unrelated note, the Court asked the Clerk to unseal portions of the record in strict accordance with Doc. No. 77 and Doc. No. 77-1 in a recent Order. However, the record does not reflect that the Clerk has done so. As a result, the Court will again ask the Clerk to take these steps.

Therefore, IT IS this **12th day of March, 2013**, by the U.S. District Court for the District of Maryland, hereby **ORDERED**:

1.     That the Clerk **UNSEAL** Plaintiff's Statement of Objection (Doc. No. 83) and Memorandum in Support thereof (Doc. No. 83-1);

2.     That the Clerk **UNSEAL** portions the record in strict accordance with Doc. No. 77 and Doc. No. 77-1;

3.     That the Clerk **UNSEAL** the instant Order;

4.     That the Clerk transmit a copy of this Order to all counsel of record, including counsel for the Consumer Groups.

| March 12, 2013 | /s/ |
| --- | --- |
| Date | Alexander Williams, Jr. |
| | United States District Judge |